IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JUNIOUS CHISHOM, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-136 |
| | ) | |
| NANCY A. BERRYHILL, Deputy | ) | |
| Commissioner for Operations of the | ) | |
| Social Security Administration, performing | ) | |
| the duties and functions not reserved | ) | |
| to the Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**GRANTS IN PART** Plaintiff's motion for attorneys' fees, (doc. no. 20), and **AWARDS**

attorneys' fees in the amount of $4,830.00, costs in the amount of $7.00, and expenses in the

amount of $16.00.

SO ORDERED this __17th__ day of April, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA